FILED
U.S. DISTRICT COURT

2011 NOV 17 P 2:50

DISTRICT OF UTAH

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER LEE TRASK,<br><br>Defendant,<br><br>VERNON LEE TRASK,<br><br>Petitioner. | FINAL ORDER OF FORFEITURE PURSUANT TO SETTLEMENT AGREEMENT<br><br>Case # 2:10CR01128 TC-SA<br><br>JUDGE: Tena Campbell |

WHEREAS, on August 18, 2011, this Court entered a Preliminary Order of Forfeiture, ordering the Defendant to forfeit his interest in the:

- Ruger MKIII Hunter .22 caliber handgun, Serial Number: 270-08448
- Taurus PT140 Millenium .40 caliber handgun, Serial Number: SSL 57207
- Browning 9mm handgun, Serial Number: T301261
- U.S. Carbine M-1 rifle, Serial Number: 2972977
- Ruger Mark II .22 caliber handgun, Serial Number: 215-42572
- Ruger 10/22 .22 caliber rifle, Serial Number: 350-58698
- Winchester Ranger 12 gauge shotgun, Serial Number: L1770663
- Winchester .22 cailber rifle, Serial Number: 390306
- 41 Colt Bisley revolver, Serial Number: 239320
- Savage model 24, .22 1r/410 shotgun, Serial Number: None

- Ruger 10/22 .22 cailber rifle, Serial Number: 350-01131
- Savage Model 24, .223/20 gauge shotgun, Serial Number: G162661
- Remington model 742 30-06 rifle, Serial Number: B7210843
- Iver Johnsons 410 shotgun, Serial Number: 70365
- Jimenez Arms model 25 .25 handgun, Serial Number: 055274
- Winchester model 70 XTR Sporter Magnum rifle, Serial Number: G2022252
- Associated Ammunition; and

WHEREAS, the United States caused to be published on the government website www.forfeiture.gov notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, notice was served upon Christopher Lee Trask and Vernon Lee Trask; and

WHEREAS, Vernon Lee Trask filed a petition as to the 41 Colt Bisley revolver, serial number: 239320, and the Remington Model 742 30-06 rifle, serial number: B7210843 ; and

WHEREAS, the United States and Vernon Lee Trask have entered into a Settlement Agreement as to the 41 Colt Bisley revolver, serial number: 239320, and the Remington Model 742 30-06 rifle, serial number: B7210843 ; and

WHEREAS, the Court finds that Defendant had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

- Ruger MKIII Hunter .22 caliber handgun, Serial Number: 270-08448
- Taurus PT140 Millenium .40 caliber handgun, Serial Number: SSL 57207
- Browning 9mm handgun, Serial Number: T301261
- U.S. Carbine M-1 rifle, Serial Number: 2972977
- Ruger Mark II .22 caliber handgun, Serial Number: 215-42572
- Ruger 10/22 .22 caliber rifle, Serial Number: 350-58698
- Winchester Ranger 12 gauge shotgun, Serial Number: L1770663
- Winchester .22 cailber rifle, Serial Number: 390306
- Savage model 24, .22 lr/410 shotgun, Serial Number: None
- Ruger 10/22 .22 cailber rifle, Serial Number: 350-01131
- Savage Model 24, .223/20 gauge shotgun, Serial Number: G162661
- Iver Johnsons 410 shotgun, Serial Number: 70365
- Jimenez Arms model 25 .25 handgun, Serial Number: 055274
- Winchester model 70 XTR Sporter Magnum rifle, Serial Number: G2022252
- Associated Ammunition

is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 924(d)(1).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

IT IS FURTHER ORDERED that the United States shall return the 41 Colt Bisley revolver, serial number: 239320, and the Remington Model 742 30-06 rifle, serial number:

B7210843, to Vernon Lee Trask.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED; Dated this 17 day of November, 2011.

BY THE COURT:

*Tena Campbell*
TENA CAMPBELL, Judge
United States District Court